Ralph CESENA, Petitioner/Appellant,

v.

James PURKETT, Superintendent, Missouri Department of Corrections, and Denis Agniel, Chairman, Missouri Board of Probation and Parole, Respondents/Respondents.

No. ED 80584.

Missouri Court of Appeals,
Eastern District,
Division Two.

Oct. 29, 2002.

Ralph Cesena, Bowling Green, pro se.

Jeremiah W. (Jay) Nixon, Attorney General, Tamara D. Ader, Assistant Attorney General, Jefferson City, MO, for respondent.

Before PAUL J. SIMON, P.J., GARY M. GAERTNER, SR. J. and KATHIANNE KNAUP CRANE, J.

### ORDER

PER CURIAM.

Petitioner, a prison inmate, appeals from the judgment entered by the trial court dismissing, for failure to state a claim, his petition for declaratory judgment concerning his conditional release date. No error of law appears. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).